IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02770-WDM-BNB

ELIZABETH ELL,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: December 23, 2010.

    Respectfully submitted,

    s/ David M. Larson
    David M. Larson, Esq.
    405 S. Cascade Avenue, Suite 305
    Colorado Springs, CO 80903
    (719) 473-0006
    Attorney for the Plaintiff